```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 20010
    YVETTE PEARSON
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

           Debtor
    SSN XXX-XX-6650

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
      The case was filed on 05/21/2004 and was confirmed 07/14/2004.

      The plan was confirmed to pay secured creditors 100% and unsecured
 creditors an estimated  40.40% from remaining funds.

      The case was dismissed after confirmation 12/12/2007.
--------------------------------------------------------------------------
 CREDITOR NAME                CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                               PAID           PAID
--------------------------------------------------------------------------
 CITIFINANCIAL                CURRENT MORTG         .00           .00            .00
 CITIFINANCIAL INC            MORTGAGE ARRE      248.76           .00         248.76
 WASHINGTON MUTUAL            CURRENT MORTG         .00           .00            .00
 WORLD FINANCIAL NETWORK      UNSECURED          361.50           .00          52.32
 BROTHER LOAN & FINANCE       UNSECURED         1016.52           .00         167.43
 CAPITAL ONE BANK             UNSECURED       NOT FILED           .00            .00
 HOME DEPOT                   UNSECURED       NOT FILED           .00            .00
 JC PENNEY                    UNSECURED       NOT FILED           .00            .00
 BROTHER FINANCE              UNSECURED       NOT FILED           .00            .00
 US DEPT OF EDUCATION         UNSECURED       NOT FILED           .00            .00
 WASHINGTON MUTUAL FINANC     UNSECURED         4116.08           .00         677.93
 WORLD FINANCIAL NETWORK      UNSECURED          110.71           .00          11.07
 SIR FINANCE                  UNSECURED          253.00           .00          41.66
 CITIFINANCIAL                UNSECURED         3443.20           .00         567.10
 ZALUTSKY & PINSKI LTD        REIMBURSEMENT     194.00           .00         194.00
 WASHINGTON MUTUAL            SECURED NOT I       9.54           .00            .00
 ZALUTSKY & PINSKI LTD        DEBTOR ATTY     2,700.00                      2,700.00
 TOM VAUGHN                   TRUSTEE                                         268.27
 DEBTOR REFUND                REFUND                                           15.46

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                     RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
 TRUSTEE             4,944.00

 PRIORITY                                  194.00
 SECURED                                   248.76
 UNSECURED                                1,517.51
 ADMINISTRATIVE                           2,700.00
 TRUSTEE COMPENSATION                       268.27
 DEBTOR REFUND                              15.46
```

              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 20010 YVETTE PEARSON

```
                                      ---------------       ---------------
TOTALS                                       4,944.00              4,944.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
Dated: 03/26/08               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```